UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-80335-Civ-Ryskamp/Hopkins

SARAH M. POLLOCK,

 Plaintiff,

v.

NORTHLAND GROUP, INC.

 Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Ernest H. Kohlmyer, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Urban, Thier, Federer & Chinnery, P.A. |
| Fort Lauderdale, Florida  33339 | Suite 2000 |
| Telephone: 954-537-2000 | 200 South Orange Avenue |
| Facsimile: 954-566-2235 | Orlando, FL 32801 |
| | Telephone: 407-245-8352 |
| | Facsimile: 407-245-8352 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Ernest H. Kohlmyer |
| Donald A. Yarbrough, Esq. | Ernest H. Kohlmyer, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-80335-Civ-Ryskamp/Hopkins

SARAH M. POLLOCK,

    Plaintiff,

v.

NORTHLAND GROUP, INC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 20, 2012,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            <u>s/Donald A. Yarbrough</u>
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
Urban, Thier, Federer & Chinnery, P.A.
Suite 2000
200 South Orange Avenue
Orlando, FL 32801
Telephone: 407-245-8352
Facsimile: 407-245-8352

<u>Via U.S. Mail and Facsimile or Notices of Electronic Filing generated by CM/ECF</u>