UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80335-RYSKAMP/HOPKINS

SARAH M. POLLOCK,

    Plaintiff,

v.

NORTHLAND GROUP, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' stipulation of dismissal with prejudice [DE 27] filed on December 20, 2012. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs except as otherwise agreed by the parties. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 27 day of December, 2012.

                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE